UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

KNITTING FEVER, INC. KFI, INC.,                    ORDER OF DISMISSAL

   -against-                                         CV-05-1065 (DRH)

COASTS HOLDING LTD, ET. AL.

-----------------------------------------------------------------------X


The Court having been advised by Magistrate Judge Wall on January 17, 2007 that the case has settled and a stipulation of dismissal would be filed,

IT IS HEREBY ORDERED that the case is dismissed without prejudice to reopen should settlement not be consummated.

The Clerk is directed to close this case.

   SO ORDERED.

                                                 /s/
                                    DENIS R. HURLEY
                                United States District Judge

Dated: Central Islip, New York
       July 6, 2007